# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

**JUDGMENT IN A CIVIL CASE**

DON P RHODES,

    Petitioner

**V.**                                         Case No. 05-0014-CV-W-ODS-P

DAVE DORMIRE,

    Respondent

- ☐ **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

- ☒ **DECISION OF THE COURT**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**: the petition for writ of habeas corpus is denied; and this case is dismissed with prejudice. (ODS)(dw)

Entered on: 5/20/05

                                                      P.L. BRUNE
                                                      CLERK OF COURT

                                                      D.M. WEINZERL
                                                      (By) Deputy Clerk